# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
_____ Division

STEVEN MCBRIDE

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STORE MANAGER JIM
DOUG MCMILLIAN
WALMART INC.

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-CV-743-MMH-JBT
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED 2021 JUL 28 PM 12:55

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

   **A. The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: STEVEN MCBRIDE
   Street Address: BOX 2306
   City and County: JAX (DUVAL)
   State and Zip Code: FL 32203
   Telephone Number: 904-900-9128
   E-mail Address: SMCBRIDE66@YAHOO.COM

   **B. The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: STORE MANAGER JIM
- Job or Title (if known):
- Street Address: 4250 PHILLIPS HWY
- City and County: JAX (DUVAL)
- State and Zip Code: FL 32207
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: DOUG McMILLION
- Job or Title (if known): C.E.O.
- Street Address: 702 S.W. 8TH ST.
- City and County: BENTONVILLE
- State and Zip Code: AK 72716
- Telephone Number: 800-925-6278
- E-mail Address (if known):

Defendant No. 3
- Name: WALMART INC.
- Job or Title (if known):
- Street Address: 702 S.W. 8TH ST.
- City and County: BENTONVILLE
- State and Zip Code: AK 72716
- Telephone Number: 800-925-6278
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: WALMART SUPERCENTER
Street Address: 4250 PHILLIPS HWY
City and County: JAX
State and Zip Code: FL 32207
Telephone Number:

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
#42 USC 1981; 42 USC ; UNFAIR BUS. ACT

☒ Relevant state law *(specify, if known)*:
NEGLIGENCE; DISCRIMINATION; DEPRIVATION OF PROPERTY

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts (specify): DENIAL AN OBSTRUCTION OF BENEFITS

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.) AGE DISCRIMINATION — SEX DISCRIMINATION

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) FROM — MAY 6TH 2019 TO THE PRESENT

C. I believe that defendant(s) (check one):
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [x] race _____
- [x] color _____
- [x] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [x] age (year of birth) 1960 (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.
SEE ADDITIONAL SHEETS 3-E-1 THRU 3-E-4/H

Page 4 of 6

## **FACTS**

    3-E-1) I ADOPT AND INCORPORATE BY REFERENCE, ALL THE FACTS, WITHIN MY OFFICIAL COMPLAINTS FILED WITH WALMART, OPEN DOOR AND ETHICS DEPARTMENTS.

    3-E-2) I ADOPT AND INCORPORATE BY REFERENCE, ALL THE FACTS AN RESOLUTIONS, THROUGH WALMART INTERNAL INVESTIGATIONS, OF MY OFFICIAL COMPLAINTS.

    3-E-3) I FIRMLY DECLARE, THAT WALMART AND ITS ATTORNEYS, PRIOR TO FILING THIS ACTION, WAS PROVIDED A COPY OF ALL THE FACTS, HEREIN, THROUGH MY OFFICIAL COMPLAINTS. IF, EITHER, WALMART OR THERE ATTORNEY OR THE COURT NEEDS COPIES OF SAID COMPLAINTS,

I SHALL PROVIDE THEM , UPON REQUEST.

   3-E-4) AFTER MY WRONGFUL TERMINATION ( JAN. 28TH 2021) , BY WALMART AND STORE MANAGER JAMES (BECAUSE OF MY RACE); THEY OBSTRUCTED MY RIGHTS TO THE BENEFITS THAT WHITE PEOPLE HAVE BEEN GIVEN , TO WIT:

==================

   3-E-4/A) MY SEVERANCE PAY; THEY COERCED ME INTO SIGNING AN AGREEMENT NOT TO SUE THEM , SPECIFICALLY CONCERNING MY CLAIMS FILED WITH THE EEOC, NLRB, OSHA, AND THE FTC.

  EXHIBIT #3

   3-E-4/B) MY FILING AND RECEIVING UNEMPLOYMENT COMPENSATION BENEFITS; THEY DID

NOT INFORM ME THAT ON DECEMBER 27TH 2020 ( WHILE I WAS STILL EMPLOYED AT WALMART ) , THAT A WHITE FEMALE , USING MY NAME AN PERSONAL INFORMATION ( SHE OBTAINED WHILE WORKING AT WALMART) , FILED FOR AND RECEIVED SOME OF MY UNEMPLOYMENT COMPENSATION.  EXHIBIT #4

    3-E-4/C) AT NO TIME,  DID WALMART INFORMED THE FLORIDA UNEMPLOYMENT DEPT. , THAT A FRAUDULENT CLAIM WAS FILED , WHILE I WAS STILL EMPLOYED AT WALMART.

    3-E-4/D) ON JAN. 28TH 2021, WHEN I ATTEMPTED TO FILE FOR UNEMPLOYMENT , MY CLAIM WAS FLAGGED, AND I WAS PREVENTED FROM RECEIVING BENEFITS , FOR

MONTHS , UNTIL I PROVED MY IDENTITY.   EXHIBITS #5

3-E-4/E) THRU EMAILS , I ADVISED WALMART OF THIS MATTER, AND I ALSO REQUESTED THAT THE FLORIDA UNEMPLOYMENT DEPT AND OR THE GOVERNOR , CONTACT WALMART TO VERIFY AND RESOLVE , MY IDENTITY.        EXHIBIT #6

3-E-4/F) AT NO TIME , DID WALMART OR WALMART ATTORNEYS , ADVISED THE FLORIDA UNEMPLOYMENT DEPT. THAT THE CLAIM FILED ON DECEMBER 27TH 2020 WAS FRAUDULENT .

3-E-4/G) FOR TEN WEEKS , WALMART , DID NOTHING , TO AID IN THE RESOLUTION OF THE FRAUDULENT UNEMPLOYMENT CLAIM.

3-E-4/H) THE MONEY ( FOUR

WEEKS , $2,100 ) PAID TO THE WHITE FEMALE , HAS NOT BEEN RECOVERED AND I HAVE NOT BEEN PAID FOR FOUR WEEKS OF UNEMPLOYMENT , DUE TO WALMART FAILURE TO ACT ; WHICH OBSTRUCTED / DENIED MY RIGHTS TO BENEFITS , BECAUSE OF MY RACE .

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

FEB 10TH 2021        EXHIBIT #2

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on (date) 4-29-2021

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)
SEE EXHIBIT #1

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☒ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

COMPENSATORY — $100,000.00
PAIN AND SUFFERING — $100,000.00
PUNITIVE — $100,000.00
STATE LAW — $25,000.00

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-27-2021

Signature of Plaintiff

Printed Name of Plaintiff: STEVEN McBRIDE

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address